The People of the State of New York, Plaintiff, *v.* Charles Schaeffer, Defendant. De Lancey Nicoll, for plaintiff. John Stern, for defendant. Motion to vacate judgment entered on a forfeited recognizance, granted.

The People of the State of New York, Plaintiff, *v.* William T. Demarest and Another, Defendants. De Lancey Nicoll, for plaintiff. Rudd, Hunt & Wilder, for defendants. Motion to vacate judgment entered on a forfeited recognizance, granted.

Howard A. Sperry, Plaintiff, *v.* Theodore H. Hellman, Defendant. H. A. Sperry, for plaintiff. Seligman & Seligman, for defendant. Motion for reargument or leave to appeal to the Court of Appeals denied, with ten dollars costs.

Appellant Sweezey, Administratrix, Respondent, *v.* The Prudential Ins. Co., Appellant. W. H. Knox, for respondent. H. & C. Campbell, for appellant. Appeal from judgment of this court, DALY, J. Judgment reversed, new trial ordered, costs to appellant to abide the event. See oral opinion, *ante,* page 608.

William H. Lee, Appellant, *v.* Meyer Corn, Respondent. J. B. Marshall, for plaintiff. Powell Wilcox, for respondent. Appeal from the City Court, vacating an order of arrest granted at Special Term. Order affirmed, with costs.

Before PRYOR, P. J., and GIEGERICH, J.

Elvira Purdy, Appellant, *v.* The Manhattan Railway Co. and Another, Respondents. S. G. Adams, for appellant. Davies & Rapallo, for respondents. Appeal from judgment of this court, BISCHOFF, J. Judgment reversed, new trial ordered, costs to abide the event. See *ante,* page 50.

William M. Morowski, Respondent, *v.* William F. Rohrig, Appellant. F. & H. Gumbleton, for respondent. Simon Sultan, for appellant. Appeal from judgment of the City Court. Judgment reversed, new trial ordered, costs to appellant to abide the event.

Before DALY, Ch. J., and BISCHOFF and PRYOR, JJ.

George W. Van Allen, Respondent, *v.* The New York Elevated R. R. Co. and Another, Appellants. Wolff & Hodge,

for respondent.   Davies & Rapallo, for appellants.   Appeal from judgment of this court.   Referee's report.   Judgment affirmed, with costs.   See oral opinion, *ante*, page 53.

William A. Townsend and Another, Appellants, *v.* Philo P. Hotchkiss, Respondent.   R. W. Newhall for appellants. Woodward & Mayer, for respondent.   Appeal from judgment of this court, GIEGERICH, J.   Judgment affirmed, with costs.

Before DALY, Ch. J., BISCHOFF and GIEGERICH, JJ.

John Q. Preble, Respondent, *v.* William M. Franklin, Appellant.   H. & R. Campbell, for respondent.   Franklin Bien, for appellant.   Appeal from order of this court, PRYOR, J. Order affirmed, with costs.

Before Daly, Ch. J., BISCHOFF and PRYOR, JJ.

W. Newton Collins and Another, Respondents, *v.* The North Side Pub. Co., Appellant.   Douglass & Minton, for respondents.   William G. McCrea, for appellant.   Appeal from order of the City Court.   Order affirmed.

Pasquale Streppon, Respondent, *v.* William F. Leonard, Appellant.   Ullo & Ruebsamen, for respondent.   James Kearney, for appellant.   Appeal from judgment of the City Court.   Referee's report.   Judgment affirmed.

Benjamin Barker, Jr., Appellant, *v.* Central Park, North and East River R. R. Co., Respondent.   Appeal from the judgment of the City Court.   Judgment affirmed.

Bertha Pulfer, Appellant, *v.* Michael Mahler, Respondent. Max Moses, for appellant.   H. T. Marston, for respondent. Appeal from judgment of the City Court.   Judgment affirmed.

The Bradley & Currier Co., Limited, *v.* James J. Lally. Geo. F. Alexander, for plaintiff.   Theo. H. Friend, for defendant.   Appeal from judgment of City Court.   Judgment affirmed.